■ (A) JOHN COOKE, as Committee of McKINLEY WEAVER, an Incompetent Person, Appellant, v. CHARLES T. MOEBIUS, INC., et al., Respondents. (B) RUBY CHAMPLIN, Appellant, v. CLARENCE ANDERSON et al., as Executors of EDWIN COFFIN, Deceased, Respondents. (C) COMMERCIAL CREDIT CORPORATION, Respondent, v. PAUL L. PAGLIA et al., Defendants, and ALFRED PAGLIA, Appellant.— [In each case] Appeal dismissed unless records and briefs are filed and served on or before December 7, 1961.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SNOW, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TURNER, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SKRINE, JR., Appellant.— [In each case] Motion granted and appeal dismissed.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDDIE WASHINGTON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHNNIE MAE PARKER, Appellant.— [In each case] Motion to dismiss appeal denied, without prejudice to the right to renew upon affidavit showing that notice of motion has been given to defendant.

■ GEORGE M. SEAVY et al., Appellants, v. STATE OF NEW YORK, Respondent.— Motion granted to prosecute appeal on one typewritten record, five typewritten briefs.

■ WILLIAM LOMBARD, Appellant, v. BEVERLY DOBSON, as Administratrix of the Estate of RAYMOND R. DOBSON, Deceased, Respondent.— Motion to dismiss appeal denied with leave to renew upon the argument of the appeal. In view of the uncertainty as to whether the action is barred by res judicata, the court will entertain a motion to submit this case on typewritten papers.

■ In the Matter of HERBERT SHAFER.— Motion to dismiss appeal denied with leave to renew upon the argument of the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY PUPERA, Also Known as PAPI PUPERA, Appellant.— Motion to vacate order dismissing appeal granted, appeal to be prosecuted upon judgment roll, typewritten briefs, and time for argument of appeal enlarged to include January 1962 Term, on condition appellant's briefs are filed and served on or before December 7, 1961.

■ KENNETH F. REISS et al., Doing Business as REISS GAME PRESERVE, Respondents, v. DICK MILLER, Appellant.— Motion granted and time for filing record and briefs extended to November 1, 1961.

■ SUNSHINE BUILDERS, INC., Appellant, v. MARY L. KASPER, Respondent.— Appeal dismissed, with $10 motion costs for failure to comply with previous order.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant. (B) In the Matter of SEBASTIAN PANTONINI, Doing Business as CASTLE INN, Appellant, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents. (C) In the Matter of LEONARD J. ORTOLANO, Doing Business as LEONARD'S GRILL, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents. (D) In the Matter of JAMES J. MASTRANTONIO, Deceased, by ELIZABETH MASTRANTONIO, as Executrix, Appellant, v. GRANT F. DANIELS et al., Constituting the State Liquor Authority, Respondent.— [In each case] Motion to prosecute appeal on typewritten papers, and for other relief, denied.

■ WALTER MACK et al., Respondents, v. WILLIAM J. EDELL, Appellant. — Motion granted to prosecute appeal on original papers, in Monroe County Clerk's office.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES E. KNISELEY. (Philip A. Rayhill, Esq., for Thomas Longeretta, Esq.) (B) THE PEOPLE OF